IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION
CASE NO. 3:17-cv-00011-RLY-MPB
*(Electronically Filed)*

| | |
|---|---|
| ERNEST WILLIAMS | PLAINTIFF |
| v. | |
| WG NEWBURGH SH, LLC d/b/a/ ATRIA SENIOR LIVING GROUP | DEFENDANT |

\*\*\*\*   \*\*\*\*   \*\*\*\*

## ORDER OF DISMISSAL

Pursuant to F.R.C.P. 41, this case is before the Court on Plaintiff's and Defendant's *Joint Stipulation of Dismissal with Prejudice*. After thorough review and consideration, the Court hereby ORDERS Plaintiff's claims against the Defendant, be dismissed, with prejudice, each party to bear its own fees and costs.

DATED this 16th day of October, 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution To:

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.